UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 4:19-cr-026-CLC-SKL-1 |
| v. | ) |
| | ) |
| | ) |
| MATTHEW BRYSON | ) |

## MEMORANDUM AND ORDER

MATTHEW BRYSON, ("Defendant") appeared for a hearing on August 30, 2024, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order for Warrant for an Offender Under Supervision ("Petition") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services of Eastern Tennessee was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing. Defendant waived his right to a preliminary hearing but requested a detention hearing and time to prepare for said hearing, which was scheduled to take place on September 4, 2024. Defendant was temporarily detained until his detention hearing [Doc. 55].

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petition.

Prior to the scheduled detention hearing, Defendant filed a Notice of Waiver of Detention Hearing [Doc. 56]. Based on the waiver, I find Defendant, with advice of counsel, waived his right to a detention hearing, but he may request a detention hearing in the future upon the filing of a proper motion. The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order is **GRANTED** and Defendant shall be held in custody by the United States Marshal and produced for future hearings.

Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his revocation hearing before Judge Collier is **GRANTED**.

(3) The U.S. Marshal shall transport Defendant to an in-person revocation hearing **before Judge Collier at 2:00 p.m. on Wednesday, September 25, 2024.**

SO ORDERED.

ENTER.

*s/ Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE